**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:23-CR-00070** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KYLAN D. MANNING (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

Pending before the Court is a Motion for Reconsideration [Doc. No. 73] filed by Defendant, Kylan D. Manning. Movant asks the Court to reconsider its Judgment [Doc. No. 72] adopting the report and recommendations of the Magistrate Judge [Doc. No. 70].

While there is no motion for reconsideration *per se,* there is a motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e). The Fifth Circuit has explained that a Rule 59(e) motion "calls into question the correctness of a judgment," but "is not the proper vehicle for rehashing evidence, legal theories, or arguments that could have been offered," or were offered, "before the entry of judgment." *Templet v. HydroChem, Inc.*, 367 F.3d 473, 478-79 (5th Cir. 2004) (citations and internal quotation marks omitted). The Court has considered the Motion. Accordingly,

**IT IS ORDERED** that the Motion is **GRANTED**, and the Court's May 29, 2024, Judgment [Doc. No. 72] adopting the report and recommendations of the Magistrate Judge is **VACATED**.

Monroe, Louisiana, this 3rd day of June 2024.

                                                        Terry A. Doughty
                                                    United States District Judge