UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**UNITED STATES OF AMERICA**     **CASE NO. 23-CR-00070-01**

**VERSUS**     **JUDGE TERRY A. DOUGHTY**

**KYLAN D MANNING (01)**     **MAG. JUDGE KAYLA D. MCCLUSKY**

## AMENDED JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 70] previously filed herein, after a thorough reviewed the record, along with the Objection [Doc. No.75] filed by Defendant Kylan D. Manning, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Suppress [Doc. No. 37] filed by Defendant Kylan D. Manning is **DENIED.**

**MONROE, LOUISIANA**, this the 5th day of June 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE